# MAZIE SLATER KATZ & FREEMAN, LLC

COUNSELLORS AT LAW

103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-9898
Fax (973) 228-0303
www.mskf.net

**Writer's Direct Dial: (973) 228-0151**

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger°
Matthew R. Mendelsohn°

_____

\* Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cheryll A. Calderon
David M. Estes
Adam M. Epstein°

_____

° Member of N.J. & N.Y. Bars

September 30, 2014

**VIA ECF**

Marcia M. Waldron, Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse, 601 Market St.
Philadelphia, PA 19106-1790

> Re:    North Jersey Brain & Spine Ctr. v. Aetna, Inc.
>        Docket No. 14-2101
>        American Chiropractic Assn. v. American Specialty Health
>        Docket No.: 14-1832

Dear Ms. Waldron:

We represent appellant North Jersey Brain & Spine Center in the matter of <u>North Jersey Brain & Spine Center v. Aetna, Inc.</u>, Docket No.: 14-2101 that has been consolidated for disposition with <u>American Chiropractic Assn. v. American Specialty Health</u>, Docket No.: 14-1832 pursuant to Order of the Court.

I am in receipt of your September 29, 2014 letter advising that these consolidated matters have been listed on the merits for November 18, 2014 in Newark, New Jersey. This same letter requests that counsel file the acknowledgement and appearance forms.

Because the undersigned previously filed these forms in the Docket No. 14-2101 matter, which is the only case in which we are involved, absent further direction from you, I am not refiling these forms in the Docket No. 14-1832 matter.

Please let me know if there are any questions.

Very truly yours,

ERIC D. KATZ

EDK/av
cc:    All Counsel in Consolidated Cases (via ECF)