OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 3, 2014

| | |
|---|---|
| Michael P. Abate, Esq. | Edward S. Wardell, Esq. |
| Thomas M. Blewitt Jr., Esq. | Thomas Vecchio, Esq. |
| Jason S. Cowart, Esq. | Joshua B. Simon, Esq. |
| Michael P. Daly, Esq. | Steven A. Schwartz, Esq. |
| Andrew Z. Edelstein, Esq. | Charles A. Rothfeld, Esq. |
| Francine F. Griesing, Esq. | William H. Pratt, Esq. |
| Richard M. Haggerty Jr., Esq. | Christine S. Orlando, Esq. |
| Warren Haskel, Esq. | Anthony F. Maul, Esq. |
| Frank M. Holozubiec, Esq. | Elizabeth D. Mann, Esq. |
| D. Brian Hufford, Esq. | Kathryn G. Legge, Esq. |
| Eric D. Katz, Esq. | |

RE: American Chiropractic Assoc v. American Specialty Health Inc
Case Number: 14-1832/14-2101
District Case Number: 2-12-cv-07243

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Wednesday, November 19, 2014**.  Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd Cir. LAR 34.1(a). Court will convene at **11:30 A.M.** and argument in this matter is scheduled in **Courtroom #2, 3rd Floor, Frank R. Lautenberg U.S. Post Office & Courthouse, Newark, NJ).** Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

PAGE - 2 -                                         November 03, 2014

RE: American Chiropractic Assoc v. American Specialty Health Inc
Case Number: 14-1832/14-2101
District Case Number: 2-12-cv-07243

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

> **\*Argument in these cases will be limited to one issue:  What type of assignment a medical provider must obtain from its patients before it has standing under ERISA section 502(a)(1)(B) to sue the patients' insurers for non-payment of benefits.**
>
> **Counsel will have 15 minutes per side and may split the 15 minutes as counsel decides.  Counsel shall notify the Court at least 48 hours prior to argument with the identity of each attorney arguing and how long each will argue by filing a Division of Time form as soon as possible through CM/ECF.**

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *[signature]*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **CHAGARES, HARDIMAN and SHWARTZ, Circuit Judges**